UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| AAYUSH KHATIWADA *also known as* RECEIPTS 'R' US,<br><br>*Plaintiff,*<br><br>v.<br><br>GREGORY LYNN DEBOSKIE *also known as* RATCHETTV THE HOOD JOURNALIST,<br><br>*Defendant.* | Civil Action No. 3:22-CV-00081-X-BN |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. [Doc. No. 8]. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**IT IS SO ORDERE**D this 17th day of February, 2022.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE